Leonard R. Berman
9220 SW Barbur Blvd. Suite 119, Box 118
Portland, OR 97219
(503) 516-3715
OSB # 96040
Easyrabbi@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

In The Matter of Leonard R. Berman,  :
OSB Number 960409                    :       Case No. 3:-23–ad-1
                                     :
                                     :       RESPONSE TO ORDER TO
                                     :       SHOW CAUSE

COMES NOW LEONARD R. BERMAN and files this Response to Order to Show

Cause. Respondent prays the Court will consider the following facts and factors, in honoring the

Oregon State Bar suspension retroactive to its inception on or about January 16, 2023 an make any

suspension concurrent to that date.

1. Upon review of the Bar's Order and correspondence, there is no mention of notifying other jurisdictions, and most notably the United States District Court and federal bar jurisdiction membership.

2. Rule 6.3 Duties Upon Disbarment Or Suspension makes no mention of any 14-day Notice to other jurisdictions or the Federal Court or Bar and neither the Rules or Bar Disciplinary correspondence made any such reference.

3. Respondent is responding as quickly as possible. He was unaware of Local Rule (LR) 83-6(b).

4. Respondent has never had a prior suspension and was not on notice, and had expected notice to be automatic and not requiring separate notice to the Court.

5. The delay in Notice of Suspension was not a product of deliberate, intentional, or obstructive purposes but merely inadvertent, unintentional, not deliberate and not tortious to the Court or clients.

6. Further extension of the suspension dates would irreparably harm innocent clients for whom sought court and party response and pleading extensions had been contemplated for an expected reinstatement on or about March 18, 2023.

   For these reasons, Respondent prays any suspension will be enforced concurrent to the original date of January 16, 2023.

        Dated this 15th day of February, 2023.

                Respectfully Submitted,
                S//S Leonard R. Berman

                _____
                LEONARD R. BERMAN, OSB# 96040